# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WINDWOOD SEAS CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**DAVID RUBINSTEIN,** as Trustee of an **UNRECORDED LAND TRUST,**
Appellee.

No. 4D22-1409

[March 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE-20-005669.

Elaine D. Walter and Yvette Lavelle of Boyd Richards Parker Colonnelli, P.L., Miami, for appellant.

Victor K. Rones and Jeremy S. Rones of the Law Offices of Victor K. Rones, P.A., North Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***